[No. 65829-8-I. Division One. April 25, 2011.]

MINI-DOZER WORK ET AL., *Appellants*, v. MATHEW JACKSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-12124-1, Hollis R. Hill, J., entered October 15, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Schindler, JJ.

[Nos. 65853-1-I; 65854-9-I. Division One. April 25, 2011.]

*In the Matter of the Dependency of* E.L.H.

RAIFE ANDREW JOHNSON-HULSE ET AL., *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for Island County, No. 10-7-00189-4, Alan R. Hancock, J., entered July 22, 2010. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, A.C.J., and Cox, J.

[No. 66028-4-I. Division One. April 25, 2011.]

*In the Matter of the Dependency of* E.C.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. TRINA CURRY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-7-01957-8, Patricia H. Clark, J., entered September 3, 2010. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, A.C.J., and Cox, J.

[No. 66639-8-I. Division One. April 25, 2011.]

ROBERT D. TSCHABOLD, *Respondent*, v. HOME DEPOT, *Appellant*, THE DEPARTMENT OF LABOR & INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-09676-4, John A. McCarthy, J., entered February 24, 2010. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Cox and Spearman, JJ.